UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GEORGE BENN,                                                :
                                        Plaintiff,          :   18 Civ. 722 (LGS)
                                                            :
                -against-                                   :   ORDER
                                                            :
THE CITY OF NEW YORK, ET AL.,                               :
                                                            :
                                        Defendants.         :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the case management conference ("CMC") is on March 31, 2020, at 10:30 a.m. Per the Case Management Plan, Item 13.C (*see*, *e.g.*, Dkt. No. 62), the parties are required to file pre-motion letters, proposing any summary judgment motion, at least two weeks in advance of the CMC, or by March 17, 2020. Any responses to letters are due one week before the CMC, or by March 24, 2020. If the Court does not receive any letters, then this case will be set for trial;

WHEREAS, the parties did not timely file any letters. It is hereby

**ORDERED** that, unless the parties file pre-motion letters or otherwise a request an extension by March 20, 2020, a trial date will be shortly set.

Dated: March 18, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**