```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
GEORGE BENN,                                                 :
                              Plaintiff,      :   18 Civ. 722 (LGS)
                                                             :
        -against-                             :        ORDER
                                                             :
THE CITY OF NEW YORK, ET AL.,                 :
                                                             :
                              Defendants.     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the case management conference was held on June 25, 2020, to discuss Defendants' proposed motion for summary judgment;

WHEREAS, the parties will be referred for a settlement conference before a Magistrate Judge. The referral order will follow separately. It is hereby

**ORDERED** that the parties shall file a joint status letter within two business days upon completion of the settlement conference, apprising the Court of the outcome of settlement discussions, and if the case is not resolved, the letter shall include a joint proposed briefing schedule.

Dated: June 25, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE