UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGE BENN,
                                Plaintiff,         18 Civ. 722 (LGS)

              -against-                         ORDER

THE CITY OF NEW YORK, ET AL.,

                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated June 25, 2020, the parties were directed to file a joint letter within two business days upon completion of the parties' settlement conference before Judge Cave, apprising the Court of the outcome of settlement discussions, and if the case is not resolved, including a proposed briefing schedule for Defendants' proposed motion for summary judgment;

       WHEREAS, by letter dated August 17, 2020, Defendants informed the Court that the matter did not resolve at the settlement conference and proposed a briefing schedule.  It is hereby

       **ORDERED** that Defendants' application is GRANTED in part.  Defendants shall file the opening brief by **September 22, 2020**.  The opposition is due **October 27, 2020**.  The reply is due **November 6, 2020**.  The parties shall comply with the Individual Rules and Emergency Individual Rules and Practices on briefs, page limits, exhibits and courtesy copies.

Dated: August 18, 2020
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE