UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE BENN,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>DELROY MORRISON, ET AL.,<br><br>　　　　　　　Defendants. | No. 18 Civ. 722 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　On January 10, 2022, this matter was reassigned to me from Judge Schofield.  This Order addresses logistical matters to facilitate the orderly reassignment of the case and to ensure that the matter proceeds to trial as scheduled.

　　First, pursuant to the December 3, 2021 scheduling order, the final pre-trial conference was scheduled to take place before Judge Schofield on January 13, 2022, at 4:00 p.m.  (Dkt. No. 189.)  Although the date will remain the same, the start time is amended to accommodate the Court's existing calendar and the dial-in information is revised.  The parties shall appear for the final pre-trial conference on January 13, 2022, at 11:30 a.m. using the following information:  Dial-in (877) 402-9753; Access code 6545179.  The parties should be prepared to argue the contested motions in limine (dkt. nos. 183, 184) at the conference.

1

Second, pursuant to the January 3, 2022 scheduling order, trial is currently scheduled for January 26, 2022, at 9:45 a.m. (Dkt. No. 190.)  Trial is adjourned to February 1, 2022, at 9:30 a.m.  Subject to the availability of courtrooms during the COVID-19 pandemic, the parties shall convene in Courtroom 12A at 9:30 a.m.  The parties are advised that the trial is first place on the Court's trial-ready calendar for that date.  The parties shall be ready to proceed on 24 hours' notice on or after February 1, 2022.

**SO ORDERED.**

Dated:     January 11, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge