UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE BENN,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 18 Civ. 722 (LAP) (SLC)

THE CITY OF NEW YORK, et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, March 15, 2022 at 10:00 am** on the Court's conference line to discuss scheduling a Settlement Conference. The parties are directed to call: (866) 390-1828; access code: 380-9799, <u>at least five minutes prior</u> to the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:     New York, New York
            March 9, 2022

                                              SO ORDERED.

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**