UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE BENN,

                Plaintiff,

-against-

DELROY MORRISON, ET AL.,

                Defendants.

No. 18 Civ. 722 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    It is the Court's understanding that the parties' attempts to settle have failed for the moment. The parties shall confer and advise the Court by joint letter no later than May 10, 2022, how they proposed to proceed. The joint letter shall include proposed trial dates.

**SO ORDERED.**

Dated:    May 5, 2022
            New York, New York

                                    *Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge