UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE BENN,<br><br>       Plaintiff,<br><br>-against-<br><br>CAPTAIN DELROY MORRISON, et al.,<br><br>       Defendants. | Case No. 1:18-cv-00722 (JLR)<br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter, dated September 28, 2022, filed in response to the Court's September 15, 2022 Reassignment Order. ECF No. 212. In light of the parties' agreement that this case is ready for trial, IT IS HEREBY ORDERED that a jury trial will commence on January 23, 2023 at 9:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. Additionally, IT IS FURTHER ORDERED that the parties shall file their proposed *voir dire* questions and any other pretrial submissions required under the Court's Individual Rules 5A&B insofar as they have not been submitted thus far on or before January 13, 2023. IT IS FURTHER ORDERED that the parties shall appear for a final pretrial conference on January 16, 2023, at 10:00 a.m. in the aforementioned courtroom.

Dated: September 30, 2022
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge