

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NICOLETTE PELLEGRINO**
*Assistant Corporation Counsel*
Phone: (212) 356-2338
Fax: (212) 356-3509
Email: npellegr@law.nyc.gov

March 3, 2023

VIA E.C.F.
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*The parties' request is GRANTED. The March 6, 2023 video conference is adjourned to **March 8, 2023** at 10:30 a.m.*

Dated:  March 3, 2023
        New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

RE:  George Benn v. Captain Morrison, et al.,
     18 Civ. 00722

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing defendants Delroy Morrison, Xavier McNeil, Matthew Landow, Jonathen Powell, Jermain Phillips, and Gordon Noel (collectively, "Defendants") in the above-referenced action. Defendants write, with Plaintiff's consent, to respectfully request a brief adjournment of the March 6, 2023 Video Conference to any time between 9:30 a.m. and 4:00 p.m. on either March 8 or 10, 2023, or another date convenient for the parties and the Court.

By way of relevant background, on March 2, 2023, the Court scheduled "a remote video conference to discuss an earlier trial date on March 6, 2023 at 10:30 a.m." (Dkt. No. 218.)

However, the undersigned is presently scheduled to attend a previously scheduled deposition in an unrelated matter on March 6, 2023, and, thus, is unavailable on that date to participate in a conference.

Accordingly, Defendants respectfully request, with Plaintiff's consent, a brief adjournment of the March 6, 2023 Video Conference to any time between 9:30 a.m. and 4:00 p.m. on either March 8 or 10, 2023, or another date convenient for the parties and the Court.

2

Defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Nicolette Pellegrino*
Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC: <u>VIA E.C.F.</u>
Richard Soto, Esq.
*Attorney for Plaintiff*

2