**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GEORGE BENN,

                    Plaintiff,                                    18 **CIVIL** 722 (JLR)

        -against-                                       **JUDGMENT**

CAPTAIN DELROY MORRISON, et al.,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jennifer L. Rochon, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
             May   17   , 2023

                                                              **RUBY J. KRAJICK**

**So Ordered:**                                                    Clerk of Court

                                                        **BY:**    *K. Mango*

*Jennifer Rochon*
     **U.S.D.J.**                                                    **Deputy Clerk**