**MANDATE**

1:18-cv-00722-JLR

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of July, two thousand and twenty-three.

_____

George Benn,

    Plaintiff - Appellant,

v.

Captain Delroy Morrison, Corrections Department, Shield No. 1293, Individually and in his Official Capacity, C.O. Xavier McNeil, Shield No. 12860, Individually and in his Official Capacity, C.O. Matthew Landow, Shield No. 10333, Individually and in his Official Capacity, C.O. Jonathen Powell, Shield No. 6313, Individually and in his Official Capacity, C.O. Jermain Phillips, Shield No. 8052, Individually and in his Official Capacity, C.O. Gordon Noel, Shield No. 3784, Individually and in his Official Capacity,

    Defendants - Appellees,

The City of New York, Det. Felix Cruz, Shield No. 1454, Individually and in his Official Capacity, Det. Gerard Dimuro, Shield No. 2615, Individually and in his Official Capacity, C.O. Sandra Murray, Shield No. 4672, Individually and in her Official Capacity, Det. John Does 1-2, Individually, and as their Official Capacities as Police Officers of the 23rd Precinct, the names John Doe being fictitious as the true names are not presently known,

    Defendants.

**ORDER**
Docket Number: 23-914

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2023

_____

    A notice of appeal was filed on June 16, 2023. Appellant's Form D-P was due June 30, 2023. The case is deemed in default.

MANDATE ISSUED ON 08/30/2023

IT IS HEREBY ORDERED that the appeal will be dismissed effective August 1, 2023 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit